UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JOSHUA ZANE JONES                                    CIVIL ACTION

VERSUS                                               NO. 20-2523

ST. TAMMANY PARISH CORRECTIONAL                      SECTION: "H"(5)
FACILITY, ET AL.

**O R D E R**

The Court, having considered the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.     Therefore,

**IT IS ORDERED** that plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

New Orleans, Louisiana, this 1st day of March, 2021.

_____
JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE